## UNITED STATES BANKRUPTCY COURT
NORTHERN **DISTRICT OF** ILLINOIS

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DI IACOVA JR., JOSEPH J | § | Case No. 08-34646 |
| | § | |
| Debtor(s) | § | |

### NOTICE OF TRUSTEE'S FINAL REPORT AND
### APPLICATIONS FOR COMPENSATION
### AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that BRENDA PORTER HELMS, TRUSTEE, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

CLERK OF COURT
219 S. DEARBORN STREET
CHICAGO IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 AM on 02/24/2012 in Courtroom 4016,

DuPage Judicial Center
505 N. County Farm Road
Wheaton IL 60187

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 01/20/2012 _____      By: Clerk of Court _____

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS

In re:                                      §
                                            §
DI IACOVA JR., JOSEPH J                      §        Case No. 08-34646
                                            §
                        Debtor(s)            §
                                            §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 9,045.48 |
| and approved disbursements of | $ | 29.52 |
| leaving a balance on hand of[1] | $ | 9,015.96 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: BRENDA PORTER HELMS, TRUSTEE | $ 1,654.49 | $ 0.00 | $ 1,654.49 |
| Trustee Expenses: BRENDA PORTER HELMS, TRUSTEE | $ 14.08 | $ 0.00 | $ 14.08 |
| Other: International Sureties | $ 6.88 | $ 6.88 | $ 0.00 |

| | |
|---|---|
| Total to be paid for chapter 7 administrative expenses | $ 1,668.57 |
| Remaining Balance | $ 7,347.39 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 79,215.88  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  9.3  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 000001 | DISCOVER BANK | $ 10,888.78 | $ 0.00 | $ 1,009.95 |
| 000002 | PYOD LLC its successors and assigns as assignee of | $ 3,206.85 | $ 0.00 | $ 297.44 |
| 000003 | PYOD LLC its successors and assigns as assignee of | $ 24,727.81 | $ 0.00 | $ 2,293.54 |
| 000004 | Dell Financial Services L.L.C. | $ 1,626.21 | $ 0.00 | $ 150.83 |
| 000005 | Chase Bank USA NA | $ 6,766.23 | $ 0.00 | $ 627.58 |
| 000006 | Michael DiIacova | $ 9,000.00 | $ 0.00 | $ 834.76 |
| 000007 | Anthony Di Iacova | $ 9,000.00 | $ 0.00 | $ 834.76 |
| 000008 | Renee Di Iacova | $ 9,000.00 | $ 0.00 | $ 834.77 |
| 000009 | Joan L Tomasello | $ 5,000.00 | $ 0.00 | $ 463.76 |

Total to be paid to timely general unsecured creditors          $          7,347.39

Remaining Balance                                               $             0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be  0.0  percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be  0.0  percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/Brenda Porter Helms
                                         Trustee

*BRENDA PORTER HELMS, TRUSTEE*
*3400 W. LAWRENCE AVENUE*
*CHICAGO, IL 60625*

STATEMENT:  This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                                  Case No. 08-34646-CD
Joseph J Di Iacova                                                                      Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: lkorotko          Page 1 of 3          Date Rcvd: Jan 23, 2012
                             Form ID: pdf006          Total Noticed: 37


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Jan 25, 2012.
db          #+Joseph J Di Iacova, Jr.,   780 Foster Ave.,   Bartlett, IL 60103-5639
12975876    +Aes/lehman Brothers Ba,   Po Box 2461,   Harrisburg, PA 17105-2461
12975877    +American Express,   c/o Becket and Lee,   Po Box 3001,   Malvern, PA 19355-0701
12975878    +Amina M. Rahim, M.D.,   P. O. Box 958722,   Schaumburg, IL 60195-8722
15183063    +Anthony Di Iacova,   39 W 374 Overcup Ct.,   Saint Charles, IL 60175-8555
12975879    ++CAPITAL ONE,   PO BOX 30285,   SALT LAKE CITY UT 84130-0285
             (address filed with court: Capital 1 Bank,   Attn: C/O TSYS Debt Management,   Po Box 5155,
              Norcross, GA 30091)
12975880    +Chase,   Attn: Bankruptcy Dept,   Po Box 100018,   Kennesaw, GA 30156-9204
12975881    +Chase - Cc,   Attention: Banktruptcy Department,   Po Box 15298,   Wilmintgon, DE 19850-5298
15041950     Chase Bank USA NA,   PO BOX 15145,   Wilmington, DE 19850-5145
12975882    +Citibank Usa,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12975883    +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
12975887    ++DELL FINANCIAL SERVICES,   P O BOX 81577,   AUSTIN TX 78708-1577
             (address filed with court: Dell Financial Services,   Attn: Bankruptcy Dept.,   12234 North Ih 35,
              Austin, TX 78753)
12975889    +Dsnb Macys,   Attn: Bankruptcy,   Po Box 8053,   Mason, OH 45040-8053
12975890     First Usa Bank,   Po Box 8650,   Wilmington, DE 19899
12975891     Fst Amer Bk,   4949 Old Orchard,   Skokie, IL 60077
12975896    +Harris Bank Barrington,   201 S. Grove Av.,   Barrinton, IL 60010-4493
12975897    +Harris N.a.,   111 W Monroe St,   Chicago, IL 60603-4095
15183090    +Joan L Tomasello,   39 W 374 Overcup CT,   St Charles, IL 60175-8555
12975899    +MEA-AEA LLC,   P. O. Box 5990 Dept. 20-6003,   Carol Stream, IL 60197-5990
15183034    +Michael DiIacova,   39 W 374 Overcup Ct,   Saint Charles, IL 60175-8555
12975901    +Northland Group, Inc.,   P. O. Box 390905,   Minneapolis, MN 55439-0905
12975902    +Patricia Irwin,   2380 Westwood Lane,   Palatine, IL 60074-1078
12975903    +Prsm/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
12975904    +Radio/cbsd,   Po Box 6497,   Sioux Falls, SD 57117-6497
12975905    +Renee Di Iacova,   39W374 Overcup Ct.,   Saint Charles, IL 60175-8555
12975908    +Sears/cbsd,   Po Box 6189,   Sioux Falls, SD 57117-6189
12975909    +State Farm Fncl Svcs F,   Attn: Loan Servicing,   Po Box 5961,   Madison, WI 53705-0961
12975912    +Unvl/citi,   Attn.: Centralized Bankruptcy,   Po Box 20507,   Kansas City, MO 64195-0507
12975913    +Wfnnb/clark,   Po Box 2961,   Shawnee Mission, KS 66201-1361

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
14983693     E-mail/PDF: mrdiscen@discoverfinancial.com Jan 24 2012 05:22:39      DISCOVER BANK,
              DFS Services LLC,   PO Box 3025,   New Albany, Ohio  43054-3025
15028031     E-mail/Text: resurgentbknotifications@resurgent.com Jan 24 2012 03:15:22
              Dell Financial Services L.L.C.,   c/o Resurgent Capital Services,   PO Box 10390,
              Greenville, SC 29603-0390
12975888    +E-mail/PDF: mrdiscen@discoverfinancial.com Jan 24 2012 05:22:39      Discover Financial,
              Attention: Bankruptcy Department,   Po Box 3025,   New Albany, OH 43054-3025
12975895    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2012 05:24:45      GE Mongram Bank / JC Penney Dc,
              Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
12975894    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2012 05:26:26      Ge Capital Credit Card,
              Attn: Bankruptcy,   Po Box 103106,   Roswell, GA 30076-9106
12975898    +E-mail/PDF: gecsedi@recoverycorp.com Jan 24 2012 05:24:45      JC Penney,
              Attention: Bankruptcy Department,   Po Box 103106,   Roswell, GA 30076-9106
12975900    +E-mail/Text: bankrup@nicor.com Jan 24 2012 03:15:59      Nicor Gas,
              Attention: Bankruptcy Department,   1844 Ferry Road,   Naperville, IL 60563-9662
15006818    +E-mail/Text: resurgentbknotifications@resurgent.com Jan 24 2012 03:15:22
              PYOD LLC its successors and assigns as assignee of,   Citibank,   c/o Resurgent Capital Services,
              PO Box 19008,   Greenville, SC 29602-9008
                                                                                  TOTAL: 8


             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12975910     Toyota Motor Credit,   Must call 800-874-8822 for mailing addre
12975911     Toyota Motor Credit,   Must call 800-874-8822 for mailing addre
12975884*   +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
12975885*   +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
12975886*   +Countrywide Home Lending,   Attention: Bankruptcy SV-314B,   Po Box 5170,
              Simi Valley, CA 93062-5170
12975892*    Fst Amer Bk,   4949 Old Orchard,   Skokie, IL 60077
12975893*    Fst Amer Bk,   4949 Old Orchard,   Skokie, IL 60077
12975906*   +Renee Di Iacova,   39W374 Overcup Ct.,   Saint Charles, IL 60175-8555
12975907*   +Renee Di Iacova,   39W374 Overcup Ct.,   Saint Charles, IL 60175-8555
                                                                                  TOTALS: 2, * 7, ## 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

```
District/off: 0752-1          User: lkorotko         Page 2 of 3            Date Rcvd: Jan 23, 2012
                              Form ID: pdf006        Total Noticed: 37
```

            ***** BYPASSED RECIPIENTS (continued) *****

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jan 25, 2012**                    **Signature:** _____

District/off: 0752-1              User: lkorotko          Page 3 of 3              Date Rcvd: Jan 23, 2012
                                 Form ID: pdf006         Total Noticed: 37


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on January 20, 2012 at the address(es) listed below:
          Brenda Porter Helms   on behalf of Plaintiff Brenda Helms brenda.helms@albanybank.com
          Brenda Porter Helms    brenda.helms@albanybank.com,  bhelms@ecf.epiqsystems.com
          Edward C Pacilli   on behalf of Debtor Joseph Di Iacova lmcino@hotmail.com
          Josephine J Miceli   on behalf of Creditor  Countrywide Home Loans Servicing LP
           jmiceli@fisherandshapirolaw.com,  BK_IL_Notice@fisherandshapirolaw.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                    TOTAL: 5