# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF

| | | |
|---|---|---|
| In re: | § | |
| | § | |
| DI IACOVA JR., JOSEPH J | § | Case No. 08-34646 |
| | § | |
| Debtor(s) | § | |

## CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

BRENDA PORTER HELMS, TRUSTEE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned:
*(Without deducting any secured claims)*

Assets Exempt:

Total Distributions to Claimants:

Claims Discharged
Without Payment:

Total Expenses of Administration:

3) Total gross receipts of $            (see **Exhibit 1**), minus funds paid to the debtor and third parties of $            (see **Exhibit 2**), yielded net receipts of $            from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| **TOTAL DISBURSEMENTS** | $ | $ | $ | $ |

4)  This case was originally filed under chapter   on   .  The case was pending for   months.

5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: _____     By:/s/BRENDA PORTER HELMS, TRUSTEE _____
                                                                                    Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

EXHIBITS TO
FINAL ACCOUNT

## EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| | | |
| | | |
| **TOTAL GROSS RECEIPTS** | | **$** |

[1]The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | | |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$** |

## EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Countrywide Home Lending | | | | | |
| | Countrywide Home Lending | | | | | |
| | Countrywide Home Lending | | | | | |
| 000010 | PATRICIA IRWIN | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| TOTAL SECURED CLAIMS | | | $ | $ | $ | $ |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| HELMS, BRENDA PORTER | | | | | |
| HELMS, BRENDA PORTER | | | | | |
| SURETIES, INTERNATIONAL | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| BANK OF AMERICA, N.A. | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | AES/Lehman Bros. Bank | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | American Express | | | | | |
| | Amine M. Rahim, M.D. | | | | | |
| | Capital One Bank | | | | | |
| | Chase-CC | | | | | |
| | Citibank USA | | | | | |
| | Countrywide Home Lending | | | | | |
| | DSNB Macy's | | | | | |
| | First American Bank | | | | | |
| | First USA Bank | | | | | |
| | GE Capital Credit Card | | | | | |
| | GE Monogram/JC Penney | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Harris Bank Barrington | | | | | |
| | Harris NA | | | | | |
| | JC Penney | | | | | |
| | MEA/AEALLC | | | | | |
| | Nicor Gas | | | | | |
| | Northland Group Inc. | | | | | |
| | Radio/cbsd | | | | | |
| | Sears/cbsd | | | | | |
| | State Farm Finanacial Serv. | | | | | |
| | Toyota Motor Credit | | | | | |
| | Wfnnb/Clark | | | | | |
| 000007 | ANTHONY DI IACOVA | | | | | |
| 000004 | DELL FINANCIAL SERVICES L.L.C. | | | | | |
| 000009 | JOAN L TOMASELLO | | | | | |
| 000006 | MICHAEL DIIACOVA | | | | | |
| 000008 | RENEE DI IACOVA | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 000005 | CHASE BANK USA NA | | | | | |
| 000001 | DISCOVER BANK | | | | | |
| 000002 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| 000003 | PYOD LLC ITS SUCCESSORS AND ASSIGNS | | | | | |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ | $ | $ | $ |

**FORM 1**

### INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

### ASSET CASES

Page:   1

Exhibit 8

| Case No: | 08-34646 | Judge: JOHN SQUIRES |
|---|---|---|
| Case Name: | DI IACOVA JR., JOSEPH J | |

For Period Ending:  07/19/12

| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|
| Date Filed (f) or Converted (c): | 12/18/08 (f) |
| 341(a) Meeting Date: | 01/27/09 |
| Claims Bar Date: | 04/21/10 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) Abandon DA=554(c) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. REAL PROPERTY | 235,000.00 | 0.00 | DA | 0.00 | FA |
| 2. REAL PROPERTY | 392,000.00 | 0.00 | DA | 0.00 | FA |
| 3. CASH ON HAND | 25.00 | 0.00 | DA | 0.00 | FA |
| 4. BANK ACCOUNTS | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. HOUSEHOLD GOODS AND FURNISHINGS | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 6. ART WORK/COLELCTIBLES | 9,365.00 | 0.00 | DA | 9,042.85 | FA |
| 7. WEARING APPAREL | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 8. PENSION PLANS AND PROFIT SHARING 55000 | 55,000.00 | 0.00 | DA | 0.00 | FA |
| 9. CHILD SUPPPORT OWED TO DEBTOR | 3,700.00 | 0.00 | DA | 0.00 | FA |
| 10. AUTOMOBILES AND OTHER VEHICLES | 2,730.00 | 0.00 | DA | 0.00 | FA |
| 11. AUTOMOBILES AND OTHER VEHICLES | 1,375.00 | 0.00 | DA | 0.00 | FA |
| 12. AUTOMOBILES AND OTHER VEHICLES | 1,555.00 | 0.00 | DA | 0.00 | FA |
| 13. Post-Petition Interest Deposits (u) | Unknown | N/A | | 2.77 | Unknown |

Gross Value of Remaining Assets

| TOTALS (Excluding Unknown Values) | $702,850.00 | $0.00 | | $9,045.62 | $0.00 |
|---|---|---|---|---|---|

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:


TFR submitted to UST


Initial Projected Date of Final Report (TFR): 12/30/10      Current Projected Date of Final Report (TFR): 06/30/11

FORM 2

Page: 1

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-34646 -SQU |
| Case Name: | DI IACOVA JR., JOSEPH J |
| | |
| Taxpayer ID No: | *******5107 |
| For Period Ending: | 07/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******5534  Money Market - Interest Bearing |
| | |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 05/25/10 | | Americash Jewelers 16 W. Ogden Ave Westmont IL 60559 | liquidation of jewelry | 9,042.85 | | | | | 9,042.85 |
| 05/25/10 | 6 | Asset Sales Memo: | ART WORK/COLECLTIBLES  $9,042.85 | | | | | | 9,042.85 |
| 06/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.22 | | | | 9,043.07 |
| 07/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.22 | | | | 9,043.29 |
| 08/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.24 | | | | 9,043.53 |
| 09/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.22 | | | | 9,043.75 |
| 10/29/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.23 | | | | 9,043.98 |
| 11/30/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.23 | | | | 9,044.21 |
| 12/31/10 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.23 | | | | 9,044.44 |
| 01/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.030 | | 0.23 | | | | 9,044.67 |
| 02/19/11 | 000101 | International Sureties 701 Polydras St.  #420 New Orleans LA 70139 | 2011 - 2012 bond payment | | | 6.88 | | | 9,037.79 |
| 02/28/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,037.86 |
| 03/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.08 | | | | 9,037.94 |
| 04/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,038.01 |
| 05/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.08 | | | | 9,038.09 |
| 06/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,038.16 |
| 07/29/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,038.23 |
| 08/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.08 | | | | 9,038.31 |
| 09/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,038.38 |
| 10/31/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.08 | | | | 9,038.46 |
| 10/31/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -11.51 | | 9,026.95 |
| 11/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,027.02 |
| 11/30/11 | | BANK OF AMERICA, N.A. | BANK SERVICE FEE | | | | -11.13 | | 9,015.89 |
| 12/30/11 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.07 | | | | 9,015.96 |
| 01/31/12 | 13 | BANK OF AMERICA, N.A. | Interest Rate  0.010 | | 0.08 | | | | 9,016.04 |

FORM 2

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page:    2

Exhibit 9

| Case No: | 08-34646  -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Case Name: | DI IACOVA JR., JOSEPH J | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******5534  Money Market - Interest Bearing |
| Taxpayer ID No: | *******5107 | | |
| For Period Ending: | 07/19/12 | Blanket Bond (per case limit): | $  5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/24/12 | 13 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | | 0.06 | | | | 9,016.10 |
| 02/24/12 | | Transfer to Acct #*******6245 | Final Posting Transfer | | | | | -9,016.10 | 0.00 |

| Account  *******5534 | | Balance Forward | 0.00 | | | |
|---|---|---|---|---|---|---|
| | 1 | Deposits | 9,042.85 | 1 | Checks | 6.88 |
| | 21 | Interest Postings | 2.77 | 2 | Adjustments Out | 22.64 |
| | | | | 1 | Transfers Out | 9,016.10 |
| | | Subtotal | $  9,045.62 | | | |
| | | | | | Total | $  9,045.62 |
| | 0 | Adjustments In | 0.00 | | | |
| | 0 | Transfers In | 0.00 | | | |
| | | Total | $  9,045.62 | | | |

LFORM2XT    **UST Form 101-7-TDR (5/1/2011)** *(Page: 10)*

Ver: 16.06b

Page:   3

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

**Exhibit 9**

| | |
|---|---|
| Case No: | 08-34646 -SQU |
| Case Name: | DI IACOVA JR., JOSEPH J |
| | |
| Taxpayer ID No: | *******5107 |
| For Period Ending: | 07/19/12 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6245  Checking - Non Interest |
| | |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | | | 0.00 |
| 02/24/12 | | Transfer from Acct #*******5534 | Transfer In From MMA Account | | | | | 9,016.10 | 9,016.10 |
| 02/27/12 | 001001 | Brenda Porter Helms | trustee compensation | | | 1,654.49 | | | 7,361.61 |
| 02/27/12 | 001002 | Brenda Porter Helms | trustee expenses | | | 14.08 | | | 7,347.53 |
| 02/27/12 | 001003 | DISCOVER BANK<br>DFS Services LLC<br>PO Box 3025<br>New Albany, Ohio 43054-3025 | Final Distribution | | | 1,009.97 | | | 6,337.56 |
| 02/27/12 | 001004 | PYOD LLC its successors and assigns as assignee of<br>Citibank<br>c/o Resurgent Capital Services<br>PO Box 19008<br>Greenville, SC 29602- | Final Distribution | | | 2,293.58 | | | 4,043.98 |
| 02/27/12 | 001005 | Dell Financial Services L.L.C.<br>c/o Resurgent Capital Services<br>PO Box 10390<br>Greenville, SC 29603-0390 | Final Distribution | | | 150.84 | | | 3,893.14 |
| 02/27/12 | 001006 | Chase Bank USA NA<br>PO BOX 15145<br>Wilmington, DE 19850-5145 | Final Distribution | | | 627.59 | | | 3,265.55 |
| 02/27/12 | 001007 | Michael DiIacova<br>39 W 374 Overcup Ct<br>Saint Charles, IL 60175 | Final Distribution | | | 834.78 | | | 2,430.77 |
| 02/27/12 | 001008 | Anthony Di Iacova<br>39 W 374 Overcup Ct.<br>Saint Charles, IL 60175 | Final Distribution | | | 834.78 | | | 1,595.99 |
| 02/27/12 | 001009 | Renee Di Iacova<br>39W374 Overcup Ct.<br>Saint Charles, IL 60175 | Final Distribution | | | 834.78 | | | 761.21 |
| * 02/27/12 | 001010 | Joan L Tomasello<br>39 W 374 Overcup CT<br>St Charles, IL 60175 | Final Distribution | | | 463.76 | | | 297.45 |

LFORM2XT

Ver: 16.06b

FORM 2                                                                          Page:    4

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | | |
|---|---|---|
| Case No: | 08-34646  -SQU | |
| Case Name: | DI IACOVA JR., JOSEPH J | |
| Taxpayer ID No: | *******5107 | |
| For Period Ending: | 07/19/12 | |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6245  Checking - Non Interest |
| Blanket Bond (per case limit): | $  5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |
| 02/27/12 | 001011 | PYOD LLC its successors and assigns as assignee of Citibank c/o Resurgent Capital Services PO Box 19008 Greenville, SC 29602- | Final Distribution | | | 297.45 | | | 0.00 |
| * 05/31/12 | 001010 | Joan L Tomasello 39 W 374 Overcup CT St Charles, IL 60175 | Stop Payment Reversal STOP PAY ADD SUCCESSFUL | | | -463.76 | | | 463.76 |
| 05/31/12 | 001012 | Clerk, United States Bankruptcy Court 219 S. Dearborn St  7th Floor Chicago IL 60604 | funds not cashed-deposited w/clerk | | | 463.76 | | | 0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| Account  *******6245 | | Balance Forward | 0.00 | | | |
| | 0 | Deposits | 0.00 | 13 | Checks | 9,016.10 |
| | 0 | Interest Postings | 0.00 | 0 | Adjustments Out | 0.00 |
| | | | | 0 | Transfers Out | 0.00 |
| | | Subtotal | $   0.00 | | | |
| | | | | | Total | $   9,016.10 |
| | 0 | Adjustments In | 0.00 | | | |
| | 1 | Transfers In | 9,016.10 | | | |
| | | Total | $   9,016.10 | | | |

FORM 2                                                                                          Page:   5

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |
|---|---|
| Case No: | 08-34646  -SQU |
| Case Name: | DI IACOVA JR., JOSEPH J |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | *******6245  Checking - Non Interest |

| | |
|---|---|
| Taxpayer ID No: | *******5107 |
| For Period Ending: | 07/19/12 |

| | |
|---|---|
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 | 8 | 9 | 10 |
|---|---|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Deposits ($) | Interest ($) | Checks ($) | Adjustments ($) | Transfers ($) | Account / CD Balance ($) |

| | | | | | |
|---|---|---|---|---|---|
| Report Totals | Balance Forward | | 0.00 | | |
| | 1  Deposits | | 9,042.85 | 14 Checks | 9,022.98 |
| | 21  Interest Postings | | 2.77 | 2 Adjustments Out | 22.64 |
| | | | | 1 Transfers Out | 9,016.10 |
| | Subtotal | $ | 9,045.62 | | |
| | | | | Total | $ 18,061.72 |
| | 0  Adjustments In | | 0.00 | | |
| | 1  Transfers In | | 9,016.10 | | |
| | Total | $ | 18,061.72 | Net Total Balance | $ 0.00 |

/s/   BRENDA PORTER HELMS, TRUSTEE

Trustee's Signature: _____  Date: 07/19/12
BRENDA PORTER HELMS, TRUSTEE